| | |
|---|---|
| 1 | BRIAN S. HEALY, State Bar No. 112371 |
|  | TIERNEY, WATSON & HEALY |
| 2 | A Professional Corporation |
|  | 595 Market Street, Suite 2360 |
| 3 | San Francisco, California 94105 |
|  | Telephone: (415) 974-1900 |
| 4 | |
|  | Attorneys for Plaintiff |
| 5 | GENLYTE THOMAS GROUP, LLC |
| 6 | CARR, McCLELLAN, INGERSOLL THOMPSON & HORN |
|  | Professional Law Corporation |
| 7 |    Robert A. Bleicher, Bar No. 111334 |
|  |    John D. Minton, Bar No. 223823 |
| 8 | 216 Park Road |
|  | P.O. Box 513 |
| 9 | Burlingame, California 94011-0513 |
|  | Telephone: (650) 342-9600 |
| 10 | Facsimile: (650) 342-7685 |
|  | Email: jminton@carr-mcclellan.com |
| 11 | |
|  | Attorneys for Defendant |
| 12 | ROSE ELECTRIC SUPPLY CO., INC., |
|  |  d/b/a SUPERIOR ELECTRIC SUPPLY CO. |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 18 | GENLYTE THOMAS GROUP, LLC, | Case No. CV 09-3224 CRB |
|  | | ORDER Re: |
| 19 | Plaintiff, | **STIPULATION FOR EXTENSION OF** |
|  | v. | **TIME TO FILE RESPONSIVE PLEADING** |
| 20 | ROSE ELECTRIC SUPPLY CO., INC., a | |
|  | California corporation doing business as | |
| 21 | SUPERIOR ELECTRIC SUPPLY CO., | |
| 22 | Defendant. | |

STIPULATION CV 09-3224 CRB

1  The parties, through their attorneys of record, stipulate that Defendant Rose Electric Supply Co., Inc., doing business as Superior Electric Supply Co., has an extension of time up to and including September 21, 2009 within which to answer or otherwise respond to Plaintiff Genlyte Thomas Group, LLC.'s complaint.

IT IS SO STIPULATED.

Dated:  September 3, 2009                    TIERNEY, WATSON & HEALY

                                             By:_____/s/_____
                                                        Brian S. Healy
                                                      Attorneys for Plaintiff
                                               GENLYTE THOMAS GROUP, LLC


Dated:  September 3, 2009                    CARR, McCLELLAN, INGERSOLL,
                                             THOMPSON & HORN

                                             By:_____/s/_____
                                                        John D. Minton
                                                     Attorneys for Defendant
                                             ROSE ELECTRIC SUPPLY CO., INC., d/b/a
                                             SUPERIOR ELECTRIC SUPPLY CO.


Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from its signatory.

Dated:  September 3, 2009

                                                     _____/s/_____
                                                              John D. Minton


DATED:  9/9/09

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA