1 | BRIAN S. HEALY, State Bar No. 112371
TIERNEY, WATSON & HEALY
2 | A Professional Corporation
595 Market Street, Suite 2360
3 | San Francisco, California 94105
Telephone: (415) 974-1900
4

Attorneys for Plaintiff
5 | GENLYTE THOMAS GROUP, LLC

6 | CARR, McCLELLAN, INGERSOLL THOMPSON & HORN
Professional Law Corporation
7 |     Robert A. Bleicher, Bar No. 111334
    John D. Minton, Bar No. 223823
8 | 216 Park Road
P.O. Box 513
9 | Burlingame, California  94011-0513
Telephone: (650) 342-9600
10 | Facsimile: (650) 342-7685
Email: jminton@carr-mcclellan.com
11

Attorneys for Defendant
12 | ROSE ELECTRIC SUPPLY CO., INC.,
 d/b/a SUPERIOR ELECTRIC SUPPLY CO.
13

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | SAN FRANCISCO DIVISION

17

| | |
|---|---|
| GENLYTE THOMAS GROUP, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ROSE ELECTRIC SUPPLY CO., INC., a California corporation doing business as SUPERIOR ELECTRIC SUPPLY CO.,<br><br>  Defendant. | Case No.  CV 09-3224 CRB<br><br>**FURTHER STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

28432-00001\iManage\3083402.1                                         STIPULATION CV 09-3224 CRB

Pursuant to Civil L.R. 6-1(a), the parties, through their attorneys of record, stipulate that Defendant Rose Electric Supply Co., Inc., doing business as Superior Electric Supply Co., has a further extension of time up to and including October 2, 2009 within which to answer or otherwise respond to Plaintiff Genlyte Thomas Group, LLC.'s complaint.  This change will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated:  September 28, 2009          TIERNEY, WATSON & HEALY

                                    By:_____/s/_____
                                            Brian S. Healy
                                         Attorneys for Plaintiff
                                       GENLYTE THOMAS GROUP, LLC


Dated:  September 28, 2009          CARR, McCLELLAN, INGERSOLL,
                                    THOMPSON & HORN

                                    By:_____/s/_____
                                             John D. Minton
                                         Attorneys for Defendant
                                    ROSE ELECTRIC SUPPLY CO., INC., d/b/a
                                    SUPERIOR ELECTRIC SUPPLY CO.

Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from its signatory.

Dated:  September 28, 2009

                                          _____/s/_____
                                                  John D. Minton


DATED:  9/30/09

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA