1  BRIAN S. HEALY, State Bar No. 112371
   TIERNEY, WATSON & HEALY
2  A Professional Corporation
   595 Market Street, Suite 2360
3  San Francisco, California 94105
   Telephone: (415) 974-1900
4
   Attorneys for Plaintiff
5  GENLYTE THOMAS GROUP, LLC

6  CARR, McCLELLAN, INGERSOLL THOMPSON & HORN
   Professional Law Corporation
7      Robert A. Bleicher, Bar No. 111334
       John D. Minton, Bar No. 223823
8  216 Park Road
   P.O. Box 513
9  Burlingame, California  94011-0513
   Telephone: (650) 342-9600
10 Facsimile: (650) 342-7685
   Email: jminton@carr-mcclellan.com
11
   Attorneys for Defendant
12 ROSE ELECTRIC SUPPLY CO., INC.,
    d/b/a SUPERIOR ELECTRIC SUPPLY CO.
13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO DIVISION

17

18 GENLYTE THOMAS GROUP, LLC,          Case No.  CV 09-3224 CRB

               Plaintiff,              **NOTICE OF PROVISIONAL
19                                     SETTLEMENT AND REQUEST FOR
   v.                                  SUSPENSION OF DEADLINES;
20 ROSE ELECTRIC SUPPLY CO., INC., a   [PROPOSED] ORDER**
   California corporation doing business as
21 SUPERIOR ELECTRIC SUPPLY CO.,

22             Defendant.

23

24

25

26

27

28

                                       NOTICE OF PROVISIONAL SETTLEMENT
                                       AND [PROPOSED] ORDER CV 09-3224 CRB

The parties, through their attorneys of record, hereby notify the Court that they have reached a provisional settlement of this action. The parties are in the process of finalizing the settlement and request that all deadlines in the case be stayed for a period of sixty (60) days to allow them to finalize their settlement.

Dated: October 1, 2009               TIERNEY, WATSON & HEALY

                                     By:           /s/
                                         Brian S. Healy
                                         Attorneys for Plaintiff
                                         GENLYTE THOMAS GROUP, LLC

Dated: October 1, 2009               CARR, McCLELLAN, INGERSOLL,
                                     THOMPSON & HORN

                                     By:           /s/
                                         John D. Minton
                                         Attorneys for Defendant
                                         ROSE ELECTRIC SUPPLY CO., INC., d/b/a
                                         SUPERIOR ELECTRIC SUPPLY CO.

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from its signatory.

Dated: October 1, 2009

                                                   /s/
                                            John D. Minton

### [PROPOSED] ORDER

Pursuant to the parties' notice of provisional settlement, all deadlines in this action are stayed for sixty (60) days. The parties shall provide a status report within forty-five (45) days if no request for dismissal has been filed before then.

**IT IS SO ORDERED.**

                                     _____
                                     **UNITED STATES DISTRICT JUDGE**

Signed: 10/05/2009

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

28432-00001\iManage\3058116.1        - 2 -        NOTICE OF PROVISIONAL SETTLEMENT
                                                  AND [PROPOSED] ORDER CV 09-3224 CRB