| | |
|---|---|
| 1 | TIERNEY, WATSON & HEALY |
|   | A Professional Corporation |
| 2 |   Brian S. Healy (Bar No. 112371) |
|   | 595 Market Street, Suite 2360 |
| 3 | San Francisco, California 94105 |
|   | Telephone: (415) 974-1900 |
| 4 | Email: brian@tw2law.com |
| 5 | Attorneys for Plaintiff |
|   | GENLYTE THOMAS GROUP, LLC |
| 6 | |
|   | CARR, McCLELLAN, INGERSOLL THOMPSON & HORN |
| 7 | Professional Law Corporation |
|   |   Robert A. Bleicher, Bar No. 111334 |
| 8 |   John D. Minton, Bar No. 223823 |
|   | 216 Park Road |
| 9 | P.O. Box 513 |
|   | Burlingame, California  94011-0513 |
| 10 | Telephone: (650) 342-9600 |
|   | Facsimile: (650) 342-7685 |
| 11 | Email: jminton@carr-mcclellan.com |
| 12 | Attorneys for Defendant |
|   | ROSE ELECTRIC SUPPLY CO., INC., |
| 13 |  d/b/a SUPERIOR ELECTRIC SUPPLY CO. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENLYTE THOMAS GROUP, LLC, | Case No.  CV 09-3224 CRB |
| Plaintiff, | |
| v. | ~~JOINT STATUS REPORT AND~~ REQUEST FOR FURTHER SUSPENSION OF DEADLINES; ~~[PROPOSED]~~ ORDER |
| ROSE ELECTRIC SUPPLY CO., INC. d/b/a SUPERIOR ELECTRIC SUPPLY CO., | |
| Defendant. | |

    The parties, through their attorneys of record, hereby provide the Court with this Joint Status Report as required by the Court's order of October 5, 2009.  On October 1, 2009, the parties notified the Court that they had reached a provisional settlement of this action.  In connection with that notice, the parties requested that all deadlines in the case be stayed for a period of sixty days to allow them to finalize their settlement.  Since that date, the parties have

JOINT STATUS REPORT AND REQUEST FOR FURTHER SUSPENSION OF DEADLINES; [PROPOSED] ORDER CV 09-3224 CRB

exchanged drafts of a settlement agreement and have narrowed their dispute to a few discrete issues relating to the wording of the agreement.  The parties believe they are close to executing a final settlement agreement, whereupon this matter would be resolved.  In furtherance of that effort, and to allow the parties to focus on bringing this matter to an out-of-court resolution, the parties respectfully request that all deadlines in this action be suspended for an additional sixty (60) days.

Dated:  November 19, 2009

TIERNEY, WATSON & HEALY

By: /s/
Brian S. Healy
Attorneys for Plaintiff
GENLYTE THOMAS GROUP, LLC

Dated:  November 19, 2009

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN

By: /s/
John D. Minton
Attorneys for Defendant
ROSE ELECTRIC SUPPLY CO., INC., d/b/a SUPERIOR ELECTRIC SUPPLY CO.

Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from its signatory.

Dated:  November 19, 2009

/s/
Brian S. Healy

## [~~PROPOSED~~] ORDER

Pursuant to the parties' request, and for good cause shown, all deadlines in this action are stayed for sixty (60) days.  The parties shall provide a further status report within forty-five (45) days if no request for dismissal has been filed before then.

**IT IS SO ORDERED.**
November 24, 2009

_____
UNITED STATES DISTRICT JUDGE
Judge Charles R. Breyer

- 2 -

JOINT STATUS REPORT AND REQUEST FOR FURTHER SUSPENSION OF DEADLINES; [PROPOSED] ORDER CV-09-3224 CRB